

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY FRANCIS TAMSETTI,   CASE NO.:

Plaintiff,   6:08-cv-659-ORL-28DAB

vs.

DESIGN MANAGEMENT &
CONSTRUCTION, INC. and WILLIAM
TURNER, III,

Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, GARY FRANCIS TAMSETTI, (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel, hereby sues Defendants, DESIGN MANAGEMENT & CONSTRUCTION, INC, and WILLIAM TURNER, III (hereinafter referred to collectively as "Defendants"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against his former employer for unpaid overtime wage, pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages and a reasonable attorney's fee.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Volusia County, Polk County and Duval County, Florida.

## THE PARTIES

4. From sometime in September 2006 until March 1, 2007, Plaintiff was employed by Defendant, DESIGN MANAGEMENT & CONSTRUCTION, INC.

5. Defendant, DESIGN MANAGEMENT & CONSTRUCTION, INC., is a Florida corporation that operates a construction and remodeling business in Davenport, Florida. Defendant is an "employer" as defined by 29 U.S.C. § 203(d). Defendant has employees subject to the provisions of the FLSA, 29 U.S.C. § 206, in the facility where Plaintiff was employed.

8. The Defendants, DESIGN MANAGEMENT & CONSTRUCTION, INC,. and PRESIDIO REALITY, INC., were at all times material hereto, joint employers of Plaintiff as defeind under 29 CFR §791.2(a).

9. Plaintiff was an employee of DESIGN MANAGEMENT & CONSTRUCTION, INC, and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

10. Defendant, DESIGN MANAGEMENT & CONSTRUCTION, INC., is an enterprise engaged in commerce or in the production of goods for commerce" as defined by 29 U.S.C. § 203(s)(1).

11.     Defendant, WILLIAM TURNER, III, at all times material hereto was acting directly or indirectly in the interest of Defendant in relation to Plaintiff's employment and was substantially in control of the terms and conditions of the employee's work and is a statutory employer under 29 U.S. C. 203(d).

12.     Defendant, WILLIAM TURNER, III, was at all times material hereto, the owner and/or officer of Defendant, DESIGNED MANAGEMENT & CONSTRUCTION, INC.

13.     Plaintiff has retained the PANTAS LAW FIRM, P.A. to represent him in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

### VIOLATION OF THE OVERTIME PROVISIONS OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

14.     Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 13, above.

15.     Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated § 7 and § 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally, for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: 4/24/08

Respectfully submitted,

_____
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue
Eleventh Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com